# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DENNIS MARX, *Pro Se* ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 2:13-CV-175 |
| on behalf of the CITIZENS ) | |
| OF FORSYTH COUNTY, ) | |
| STATE OF GEORGIA and ) | |
| ALL CITIZENS OF THESE ) | |
| UNITED STATES OF ) | |
| AMERICA ) | |
| v. ) | |
| ) | |
| HEAGERTY, ROBERT S. ) | |
| LITTLE, THOMAS III ) | |
| BOGGUS, MARVIN SCOTT ) | |
| BLEISATH, DEREK A. ) | |
| MCCARRON, MICHAEL S. ) | |
| BELL, JOSHUA ) | |
| MOORE, JAMES B ) | |
| SPRAGUE, NOAH T. ) | |
| PITTMAN, KEVIN ) | |
| THOMPSON, RICHARD J. ) | |
| WIGGINS, RICHARD J. ) | |
| WHITWORTH, JOHN M. ) | |
| HAWKINS, TERRY T. ) | |
| SESAM, AUGUSTO M. ) | |
| CLARK, GARY W. ) | |
| BOONE, SAMUEL D. ) | |
| CHAPMAN, JODY C. ) | |
| COOK, JEREMY C. ) | |
| LORING, WILLIAM E. ) | |
| HESTER, MATT ) | |
| CANNON, GREGORY ) | |
| MADDOX, JAMES Stephen ) | |
| YOUNG, MICHAEL ) | |
| PAXTON, THEODORE W. ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUN -2 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

PIPER, DUANE K.,                )
FORSYTH COUNTY                  )
SHERIFF'S OFFICE,               )
FORSYTH COUNTY                  )
S.W.A.T. TEAM,                  )
    et al.  )
                                )
  Defendants.          )

## NOTIFICATION OF SERVICE OF SUMMONS

  Plaintiff *Pro se* hereby notifies this Honorable Court that proper Civil Service of Summons via the Forsyth County Sheriff's Office, to all available named Defendants, is currently being attempted and processed. Plaintiff will notify this Court upon completion and forward all requisite documents pertaining to this daunting task as they become available to Plaintiff.
Please refer to the attached FCSO receipt in the amount of $1200.00

Respectfully submitted this ___ day of May 2014

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he is the Plaintiff in the above-styled action and that the information contained therein is true and correct. Executed in Forsyth County Georgia on June 2 2014.

Signature: _____
Dennis Marx, Pro se

