# Receipt

▬▬▬▬▬▬▬▬▬▬▬▬
202 Veterans Memorial Blvd.
Cumming, GA 30040

| 5/22/2014 | 10303C |

dennis marx
1405 lakeside trl
cumming ga 30041

| | Cash | 2:13-cv-00175 |
|---|---|---|
| Civil Service Fee<br>SCOTT BOGGUSS<br>MICHAEL MCCARRON<br>MICHAEL YOUNG<br>GREGORY CANNON<br>MATT HESTER<br>JOSH BELL<br>BRENDON MOORE<br>RICHARD WIGGINS<br>RICHARD THOMPSON<br>NOAH SPRAGUE<br>GARY CLARK<br>AUGUSTO SESAM<br>TERRY HAWKINS<br>DEREK BLEISATH<br>STEPHEN MADDOX<br>ROBERT HEARGERTY<br>KEVIN PITTMAN<br>THOMAS T LITTLE<br>JODY CHAPMAN<br>SAM BOONE<br>JEREMY COOK<br>WILLIAM LORING<br>JOHN WHITWORTH<br>DUANE PIPER | 24 | 50.00 | 1,200.00 |

Forsyth County Sheriff's Office Civil Section: 770-781-3091

**Total**  $1,200.00

*Plaintiff's Attachment A*

## CERTIFICATE OF SERVICE

This is to certify that on this date a true and accurate copy of the foregoing notice was served by United States Mail (first class, postage pre-paid) to the following attorney allegedly representing Forsyth County defendants:

Kenneth Jarrard, *Esq.*
Jarrard & Davis, LLP
105 Pilgrim Village Drive
Suite 200
Cumming, Georgia 30040

This 2nd day of June 2014

Dennis Marx, *Pro se*
Cumming, Georgia 30041