IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DENNIS MARX, on behalf of the Citizens of Forsyth County, State of Georgia and all Citizens of the United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>FORSYTH COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>: 2:13-CV-0175-RWS<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

This case is before the Court for consideration of Plaintiff's Motion for Clarification [46] and Motion for Order to Effect Service of Summons [47]. In Plaintiff's Motions, Plaintiff seeks clarification concerning the requirements of service of process upon Defendants and requests that the U.S. Marshal be directed to effect service. Defendant Sheriff Duane Piper filed Responses [49, 50] to the Motions noting that his counsel was not authorized to accept service on behalf of any other Defendants and opposing appointment of the United States Marshal to effect service. Thereafter, on June 2, 2014, Plaintiff filed an Affidavit regarding service of summons [52] in which Plaintiff gives notice that

AO 72A
(Rev.8/82)

he has made arrangements for service by the Forsyth County Sheriff's Office.

Therefore, Plaintiff's Motions [46, 47] are **DENIED**, **as moot**.

**SO ORDERED**, this   6th   day of June, 2014.

*[signature]*

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)