FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

JUN 1 2 2014

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

JAMES N. HATTEN, Clerk

Deputy Clerk

| | |
|---|---|
| DENNIS MARX, *Pro Se* ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 2:13-CV-175 |
| on behalf of the CITIZENS ) | |
| OF FORSYTH COUNTY, ) | |
| STATE OF GEORGIA and ) | |
| ALL CITIZENS OF THESE ) | |
| UNITED STATES OF ) | |
| AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| HEAGERTY, ROBERT S. ) | |
| LITTLE, THOMAS III ) | |
| BOGGUS, MARVIN SCOTT ) | |
| BLEISATH, DEREK A. ) | |
| MCCARRON, MICHAEL S. ) | |
| BELL, JOSHUA ) | |
| MOORE, JAMES B ) | |
| SPRAGUE, NOAH T. ) | |
| PITTMAN, KEVIN ) | |
| THOMPSON, RICHARD J. ) | |
| WIGGINS, RICHARD J. ) | |
| WHITWORTH, JOHN M. ) | |
| HAWKINS, TERRY T. ) | |
| SESAM, AUGUSTO M. ) | |
| CLARK, GARY W. ) | |
| BOONE, SAMUEL D. ) | |
| CHAPMAN, JODY C. ) | |
| COOK, JEREMY C. ) | |
| LORING, WILLIAM E. ) | |
| HESTER, MATT ) | |
| CANNON, GREGORY ) | |
| MADDOX, JAMES Stephen ) | |
| YOUNG, MICHAEL ) | |

PAXTON, THEODORE W.            )
PIPER, DUANE K.,              )
FORSYTH COUNTY               )
SHERIFF'S OFFICE,            )
FORSYTH COUNTY               )
S.W.A.T. TEAM,               )
                et al.       )
                             )
        Defendants.          )


### NOTIFICATION OF UNTIMELY DEATH OF PLAINTIFF and REQUEST TO ALLOW PLAINTIFF'S ESTATE TO GO FORWARD WITH THIS INSTANT COMPLAINT

Plaintiff *Pro se's* Executor of Estate hereby notifies this Honorable Court that due to the untimely death of Plaintiff, Plaintiff's Estate hereby requests that reasonable time be granted to research and discover the legalities involved in allowing Plaintiff's Estate to proceed on behalf of Plaintiff, during this period of grief and mourning, in the interest of Justice, posthumously, and to seek legal counsel to protect Plaintiff's interests, as required by law.
Plaintiff's heirs have been notified that the investigation of Plaintiff's death may take as long as three (3) months.


Respectfully submitted this 11th day of June 2014



J. A. Denison, Executor on behalf of Dennis Marx

## CERTIFICATE OF SERVICE

This is to certify that on this date a true and accurate copy of the foregoing

notice was served by United States Mail (first class, postage pre-paid) to the

following attorney allegedly representing Forsyth County defendants:

Kenneth Jarrard, *Esq.*
Jarrard & Davis, LLP
105 Pilgrim Village Drive
Suite 200
Cumming, Georgia 30040

This 11th day of June 2014

J. A. Denison, Executor on behalf of Dennis Marx